UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOB BROOKS,

           Plaintiff,

v.                          Case No. 3:05-cv-1219-J-12TEM

TIMOTHY P. RYAN, et al.,

           Defendants.
_____

### ORDER

Plaintiff's December 16, 2005, Motion to Reverse the Order to Dismiss Without Prejudice (Doc. #9) is **DENIED**; however, Plaintiff is reminded that the case was dismissed without prejudice to Plaintiff filing a new civil rights action with the appropriate documents.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st. day of December, 2005.

                                           Howell W. Melton
                                    UNITED STATES DISTRICT JUDGE

sa 12/21
c:
Job Brooks